THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT CONVENTION SERVICES, INC., a Missouri corporation,<br><br>Defendant. | NO. C19-00252-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., , the Defendant having not yet been served, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..May 3, 2019

Initial Disclosures Pursuant to FRCP 26(a)………May 10, 2019

Combined Joint Status Report and Discovery
 Plan as Required by FRCP 26(f), and Local
 Rule CR 16…………………………………………May 17, 2019

DATED this 1 day of April 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff